**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mission Medical Investors, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2419478** |
| 4. | **Debtor's address** | **Principal place of business**<br>**825 S. Barrington Ave**<br>**Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code<br>**Los Angeles**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**27882 Forbes Road Laguna Niguel, CA 92677**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Mission Medical Investors, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

531

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Mission Medical Investors, LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Mission Medical Investors, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 9, 2025**
MM / DD / YYYY

*X* [signature]
Signature of authorized representative of debtor

**Logan Beitler**
Printed name

Title **Manager**

**18. Signature of attorney**

*X* /s/ Gary E. Klausner [signature]
Signature of attorney for debtor

Date **September 9, 2025**
MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234** Email address **GEK@LNBYG.COM**

**69077 CA**
Bar number and State

Debtor **Mission Medical Investors, LLC**
Name
Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (*if known*) Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **1031 Solutions, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **2/24/25** | Case number, if known | **2:25-bk-11378-WB** |
| Debtor | **Cliffwood Development Partners, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **3/06/25** | Case number, if known | **2:25-bk-11786-WB** |
| Debtor | **Le Conte Westwood Development, LLC** | | | Relationship to you | **Affiliated Entity** |
| District | **Bankr. C.D. Cal.** | When | **1/24/25** | Case number, if known | **2:25-bk-10261-WB** |

**Fill in this information to identify the case:**

Debtor name **Mission Medical Investors, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Documents attached to this Petition Package.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 9, 2025**

X [signature]
Signature of individual signing on behalf of debtor

**Logan Beitler**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mission Medical Investors, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Luis Fernando Gutierrez<br>432 S. Starbord St<br>Santa Ana, CA 92704** | | **Landscaping** | | | | **$15,126.70** |
| **Colliers International Real Estate Management Services (CA), Inc.<br>PO Box 37182<br>Charlotte, NC 28237-7182** | | **Property management services** | | | | **$3,250.00** |
| **Erick's Paintaing<br>San Juan Capistrano, CA 92675** | | **Painting services** | | | | **$1,600.00** |
| **Sontrol<br>23 Mauchly<br>Suite #100<br>Irvine, CA 92618** | | | | | | **$181.94** |
| **The Bugman<br>525 N Shepard St<br>Anaheim, CA 92806-2834** | | | | | | **$150.00** |
| **A&G Plumbing Services, Inc.<br>PO Box 1075<br>San Clemente, CA 92674** | | **For notice purposes only** | | | | **$0.00** |
| **Ability Fire (Fire SVC Corp)<br>PO Box 4455<br>Santa Ana, CA 92702** | | **For notice purposes only** | | | | **$0.00** |

Debtor **Mission Medical Investors, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T PO Box 5074 Carol Stream, IL 60197-5025** | | **For notice purposes only** | | | | **$0.00** |
| **CR&R Environmental Services PO Box 206 Stanton, CA 90680** | | **For notice purposes only** | | | | **$0.00** |
| **Fire Safety First 1170 E. Fruit St Santa Ana, CA 92701** | | **For notice purposes only** | | | | **$0.00** |
| **Hillside Heating & Air 9304 Magnolia Ave Riverside, CA** | | **For notice purposes only** | | | | **$0.00** |
| **Liliana Mancilla Cortez 31601 Los Rios Street San Juan Capistrano, CA 92675** | | **For notice purposes only** | | | | **$0.00** |
| **MarVista Construction 603 E. Alton Ave Suit H Santa Ana, CA 92705** | | **For notice purposes only** | | | | **$0.00** |
| **McHenry Plantation, Inc. PO Box 50592 Irvine, CA 92619-0592** | | **For notice purposes only** | | | | **$0.00** |
| **Moulton Niguel Water PO Box 848353 Los Angeles, CA 90084-8353** | | **For notice purposes only** | | | | **$0.00** |
| **Post Insurance Services Inc 2356 Torrance Blvd Torrance, CA 90501** | | **For notice purposes only** | | | | **$0.00** |
| **Schindler Elevator 3585 Cadillac Ave Suite B Costa Mesa, CA 92626-1482** | | **For notice purposes only** | | | | **$0.00** |

Debtor **Mission Medical Investors, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SDG&E<br>PO Box 25111<br>Santa Ana, CA 92799-5111** | | **For notice purposes only** | | | | **$0.00** |
| **SoCal Gas<br>PO Box 1626<br>Monterey Park, CA 91754** | | **For notice purposes only** | | | | **$0.00** |
| **Western Exterminator<br>PO Box 740608<br>Cincinnati, OH 45274-0608** | | **For notice purposes only** | | | | **$0.00** |

**RESOLUTION BY MEMBERS OF MISSION MEDICAL INVESTORS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

The following resolutions is made by the Members of Mission Medical Investors, LLC, a California limited liability company ("Company").

Attending the meeting is Logan Beitler in her capacity as Manager, and the Members as herein after provided. The meeting occurred on the 8th of September 2025 at the principal offices of Company at 825 S. Barrington Avenue, Los Angeles, California 90049.

The following persons/entities constitute the Members of Company: (i) Logan Beitler, Trustee of the Beitler Family Living Trust dated September 19, 2008, as amended; and (ii) Jeffrey Gross ("Members"). The Members hereby resolve as follows:

RESOLVED, the Members and Manager have determined that it is in the best interest of Company to file a bankruptcy proceeding under Chapter 11 or as otherwise advised by Company's legal counsel and, accordingly Company is authorized to file such bankruptcy proceeding, not limited to a Chapter 11 proceeding as the Manager shall determine, and that the Manager has all power and authority necessary and incidental thereto to arrange for the retention of legal counsel to and to execute such documents required to file and commence a bankruptcy proceeding on behalf of Company.

FURTHER, RESOLVED, the Manager is authorized to execute on behalf of Company such documents and other incidental matters necessary to file a bankruptcy on behalf of Company.

FURTHER, RESOLVED, the Members and Manager acknowledge that the filing of a bankruptcy proceeding is urgent and necessary, and that time is of the essence.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that the Manager is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

FURTHER, RESOLVED, each of the above resolutions are approved and are effective immediately.

Each of the above resolutions are unanimously approved by the Members and Manager and shall be effective as of September 8, 2025 ("Effective Date").

The undersigned constituting of the Members and Manager of Company have executed the aforementioned resolutions, each of which have been unanimously approved, each of which are effective as of the Effective Date.

____________________________
By: Logan Beitler
Manager of Mission Medical Investors, LLC

____________________________
By: Logan Beitler
Member, Beitler Family Living Trust

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Gary E. Klausner 69077**
**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **69077 CA**
**GEK@LNBYG.COM**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

**Mission Medical Investors, LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 4 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 9, 2025** [signature]
Signature of Debtor 1

Date: ______________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 9, 2025** ______________
Signature of Attorney for Debtor (if applicable)

Mission Medical Investors, LLC
825 S. Barrington Ave
Los Angeles, CA 90049

Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034

A&G Plumbing Services, Inc.
PO Box 1075
San Clemente, CA 92674

Ability Fire Fire SVC Corp
PO Box 4455
Santa Ana, CA 92702

AT&T
PO Box 5074
Carol Stream, IL 60197-5025

Banc of California
1025 W. 190th Street
Suite 100
Gardena, CA 90248

Banc of California
c/o Steve Casselberry Procopio
200 Spectrum Center Dr., Ste 1650
Irvine, CA 92618

CR&R Environmental Services
PO Box 206
Stanton, CA 90680

Fire Safety First
1170 E. Fruit St
Santa Ana, CA 92701

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

Hillside Heating & Air
9304 Magnolia Ave
Riverside, CA

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Juis Fernando Gutierrez
432 S. Starboard St
Santa Ana, CA 92704

Liliana Mancilla Cortez
31601 Los Rios Street
San Juan Capistrano, CA 92675

MarVista Construction
603 E. Alton Ave
Suit H
Santa Ana, CA 92705

McHenry Plantation, Inc.
PO Box 50592
Irvine, CA 92619-0592

Moulton Niguel Water
PO Box 848353
Los Angeles, CA 90084-8353

Orange County Tax Collector
Bankruptcy Unit
P.O. Box 1438
Santa Ana, CA 92702-1438

Post Insurance Services Inc
2356 Torrance Blvd
Torrance, CA 90501

Receivership Specialists
c/o Andy Hoover
11500 W. Olympic Blvd, Ste 530
Los Angeles, CA 90064

Schindler Elevator
3585 Cadillac Ave
Suite B
Costa Mesa, CA 92626-1482

SDG&E
PO Box 25111
Santa Ana, CA 92799-5111

SoCal Gas
PO Box 1626
Monterey Park, CA 91754

Sontril
23 Mauchly
#100
Irvine, CA 92618

The Bugman
525 N Shepard St
Anaheim, CA 92806-2834

Verdes Energy, Inc.
Attn: Anthony Muoneke
2356 Torrance Boulevard, Suite 100
Torrance, CA 90501

Western Exterminator
PO Box 740608
Cincinnati, OH 45274-0608